IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:                                          )
                                                )
INSTITUTION OF WAGE WITHHOLDING )         GENERAL ORDER No. 10-06
IN CHAPTER 13 PROCEEDINGS      )
                                                )

    The Court finds that any debtor who has filed a petition under Chapter 13 of the Bankruptcy Code has submitted all future income to the jurisdiction of this Court in accordance with that Code. Consequently, the Court further finds that this order shall apply in all cases in which the terms of the Chapter 13 Plan filed therein direct the institution of employer wage withholding.

    NOW, THEREFORE, IT IS HEREBY ORDERED that upon receipt of a copy of this general order, the entity from whom the debtor listed below receives income (hereinafter referred to as employer) shall deduct from said income the sum listed below beginning on the next pay day following the receipt of this Order, and shall deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, or termination, or other benefits arising out of present or past employment of the debtor, and to remit forthwith the sums so deducted to the Trustee appointed herein or her successor in interest at the address set forth below.

    IT IS FURTHER ORDERED, that all earnings and wages of the debtor except the amount required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension, or union dues agreement between employer and the debtor listed below, or by the order of this court be paid to the debtor listed below in accordance with the employer's usual payroll procedure.

    IT IS FURTHER ORDERED, that no deductions on account of any garnishment, wage assignment, credit union, or other purpose not specifically authorized by this Court be made from the earnings of said debtor except (1) withholding for payment of a domestic support obligation under a judicial or administrative order or a statute or (2) withholding solely for payment of a loan from a pension, profit-sharing, stock bonus, or other plan as described in 11 U.S.C. § 362(b)(19).

    IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor is terminated and the reason for such termination and that pursuant to 11 U.S.C. § 525 said employer shall refrain from dismissing, demoting, disciplining, discharging, refusing to employ, or in any way penalizing the employee as a result of the Order.

    IT IS FURTHER ORDERED, that this order supersedes any previous orders.

      The Trustee is hereby directed by the Court to complete the information required to effectuate this order in the spaces provided below, to serve a copy of this order on the debtor(s) and the employer, and to file a copy of the order as served, with the information as supplied by the Trustee, with the Court. The Trustee is authorized to notify an employer that it may cease withholding upon the termination of the debtor's employment, upon dismissal of the case or completion of the plan, or other similar reasons.

IT IS SO ORDERED.

      DATED: July 1, 2010

_____
Thomas L. Saladino, Chief Bankruptcy Judge

_____
Timothy J. Mahoney, Bankruptcy Judge

Case Information

Name:  **JIMMIE MARTIN METZLER, III**          SSN#     ###-##-6851
Case No.  **15-80226-TLS**

To Employer: **VALMONT INDUSTRIES, INC.**

Wages to be withheld Effective Date: **December 1, 2017**

**$176.00 BIWEEKLY**
**BEGINNING MARCH, 2018, PAYMENTS SHALL INCREASE TO $254.00 BIWEEKLY**

Wages are to be remitted to the Trustee at the following address.  **Please put the debtor's case number on your check** and mail to:

Kathleen A. Laughlin, Chapter 13 Trustee
PO Box 3287
Omaha, NE  68103-0287

The Trustee hereby certifies that a true and correct copy of this order was served upon BRUCE C BARNHART, debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed to the debtor and debtor's employer, VALMONT INDUSTRIES, INC. at the following address by regular US Mail, postage prepaid on **December 1, 2017.**

s/ Kathleen A. Laughlin
Kathleen A. Laughlin #16883
Chapter 13 Trustee

VALMONT INDUSTRIES, INC.
ATTN: PAYROLL DEPARTMENT/SHARON
7002 N 288TH ST, PO BOX 358
VALLEY, NE 68064-

JIMMIE MARTIN METZLER, III
221 N 11TH ST
TEKAMAH, NE 68061

Call with questions: locally at (402) 697-0437, or long distance at 1-800-884-0437