IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | CASE NO.: 15-80226-TLS |
| Jimmie Metzler & Charity Spring Metzler, *Debtor* | |
| U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust. <br> vs. | CHAPTER 13 |
| Jimmie Metzler & Charity Spring Metzler <br> and | |
| Kathleen Laughlin, *Trustee* | |

## NOTICE OF DEFAULT UNDER ADEQUATE PROTECTION ORDER

U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust., its successors and/or assignees, ("Secured Creditor"), and hereby notifies The Court and the Trustee of the following, pursuant to paragraph 8 of the Conditional Order settling Secured Creditor's motion for relief (Docket #47):

1. On January 3 2019 Secured Creditor mailed a letter to debtors and their counsel informing them that the debtors were in default under the terms of the conditional order entered on November 17, 2015.

2. The letter provides debtor 15 days in which to cure the default. The period to cure the default will expire on January 18 2019.

3. The Letter listed the following defaults:

12 monthly mortgage payments        @ $375.92                =        $4,511.04

1

Case No. 15-80226-TLS

(Payments Due for June 1, 2016 through May 1, 2017)

| | | | |
|---|---|---|---|
| 19 monthly mortgage payments | @ $336.10 | = | $6,385.90 |

(Payments Due for June 1, 2017 through December 1, 2018)

| | | |
|---|---|---|
| 4 APO payments | = | $2342.01 |

(Payments Due for January 2016 through April 2016)

| | | |
|---|---|---|
| Less Suspense Balance | = | $293.71 |

Total Monthly Mortgage Default:                                $10,896.94

Respectfully submitted,

GHIDOTTI BERGER

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein (CABN 200041)
1920 Old Tustin Avenue
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com
Attorney for U.S. Bank Trust National Association,
as Trustee of the Bungalow Series F Trust